**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.  Case No: 5:98cr8/LAC

CARLOS DEGLACE

---

### ORDER

The defendant has filed a motion to appeal and a request for a certificate of appealability of the court's order denying his motion for relief from judgment. (Doc. 412 and 413). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. Even if one had been filed, because the court finds that the appeal is not taken in good faith, defendant would not be entitled to so proceed. Defendant shall pay the $255.00 filing fee within thirty days.

DONE AND ORDERED this 6th day of July, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**