IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 5:98cr8/LAC
                                                            5:06cv19/LAC/MD

CARLOS DEGLACE

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 20, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 433) is summarily DISMISSED as successive.

DONE AND ORDERED this 23rd day of February, 2006.

                                               *s/L.A. Collier*
                                               LACEY A. COLLIER
                                               SENIOR UNITED STATES DISTRICT JUDGE