**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

   VS                                                CASE NO.  598CR8 LAC

CARLOS DEGLACE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on        APRIL 11, 2008
Motion/Pleadings:  MOTION REQUESTING RECONSIDERATION OF MARCH 31, 2008, FINAL ORDER IN THIS COURT'S OWN MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE          on 4/11/08          Doc.# 485

RESPONSES:

                                         on                 Doc.#
                                         on                 Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of April, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.