# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

      vs                                    Case No.5:98cr8LAC

CARLOS DEGLACE

_____

## ORDER

Your document, **DEFENDANT'S SENTENCING  MEMO ON APPROPRIATE SENTENCE**, was referred to the undersigned with the following deficiencies:

       The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 22nd day of January, 2009.


         s/L.A. Collier_____
         LACEY A. COLLIER
         SENIOR UNITED STATES DISTRICT JUDGE