IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs                                                          CASE NO: 5:98cr8/LAC

CARLOS DEGLACE

_____/

**ORDER**

This case is before the Court upon remand from the Court of Appeals for the Eleventh Circuit where it held that this Court had not articulated it had considered the 18 U.S.C. § 3553(a) factors in reducing defendant's sentence pursuant to 18 U.S.C. § 3582(a)(2).  The Court did not accept that a district judge would know the requirements and apply them in determining an appropriate sentence.

So there be no further misunderstanding, this Court states for the record that it did, in fact, consider the § 3553(a) factors as well as the advisory sentencing guidelines, as it always does, in determining the extent of defendant's sentence reduction pursuant to § 3582(a)(2).  And having found no aggravating or mitigating circumstances not already considered under the guidelines, this Court determined that

a sentence at the mid-range of the guideline recommendation was reasonable in this case, and it still is today.

Therefore, the sentence of 294 months imposed by this Court's Order of 31 March, 2008 (doc 482) remains unchanged.

**DONE AND ORDERED** this 20th day of February, 2009.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge